

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2009

Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)

AO 10
Rev. 1/2010

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| TROTT, Stephen S. | Ninth Circuit Court of Appeals | 05/01/2010 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Circuit Judge, Senior Status | ☐ Nomination, Date ☐ Initial ☑ Annual ☐ Final <br> 5b. ☐ Amended Report | 01/01/2009 to 12/31/2009 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| U.S. Courthouse <br> 550 W. Fort Street, Room 667 <br> Boise, Idaho 83724 | Reviewing Officer_____ Date_____ |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Board Member | Boise Philharmonic Association & Foundation |
| 2. Board Member | Esther Simplot Performing Arts Center |
| 3. Advisory Committee Member | Childrens Home Society of Idaho |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 2009 | Vested interest in a retirement plan maintained by Los Angeles Cnty, CA. I was employed as an attorney between 1965/1981. I draw a retirement income monthly. |
| 2. | |
| 3. | |

Trott, Stephen S.

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
| --- | --- | --- |
| 1. 2009 | Los Angeles County California Retirement | $12,000.00 |
| 2. 2009 | "Highwaymen" LLC, Record Sales & Performance Fees | $2,000.00 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
| --- | --- |
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
| --- | --- | --- | --- | --- | --- |
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TROTT, Stephen S. | 05/01/2010 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TROTT, Stephen S. | 05/01/2010 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.  Artio Globe Intl Fund EQII JETIX | D | Dividend | J | T | Buy | 01/15/09 | J | | |
| 2.  Calamos Growth Fund Class A CVGRX | D | Dividend | J | T | | | | | |
| 3.  Calamos Growth Fund Class A CVGRX | D | Dividend | J | T | Sold (part) | 09/01/09 | J | A | |
| 4.  Dodge Cox Intl Stk Fd DODFX | D | Dividend | J | T | | | | | |
| 5.  Dodge Cox Intl Stk Fd DODFX | D | Dividend | J | T | Sold (part) | 09/01/09 | J | A | |
| 6.  Growth Fund of America Class F GFAFE | D | Dividend | J | T | | | | | |
| 7.  Growth Fund of America Class F GFAFE | D | Dividend | J | T | Sold (part) | 09/01/09 | J | A | |
| 8.  Ishares MSCI EAFE Index Fund EFA | D | Dividend | | | Sold | 02/18/09 | J | A | |
| 9.  Ishares Russell Mid Cap Value | D | Dividend | | | Sold | 02/18/09 | J | A | |
| 10.  Janus Adv Mid Cap Value Cl I JMVAX | A | Dividend | J | T | Buy | 01/15/09 | J | | |
| 11.  Legg Mason Value Trust TR Inc NAV LMNVX | A | Dividend | J | T | | | | | |
| 12.  Legg Mason Value Trust TR Inc NAV LMNVX | D | Dividend | J | T | Sold (part) | 09/01/09 | J | A | |
| 13.  Mutual Series FD Inc Discovery Fd CL A TEDIX | D | Dividend | J | T | | | | | |
| 14.  Pimco Commodity - Real Return Stratigic Fund - PCRIX | A | Dividend | J | T | Buy | 03/24/09 | J | | |
| 15.  Pimco Commodity - Real Return Stratigic Fund - PCRIX | A | Dividend | J | T | Buy | 07/30/09 | J | | |
| 16.  Schroeder Muni Bond Inv SMBIX | A | Dividend | K | T | Sold (part) | 02/20/09 | J | A | |
| 17.  Schroeder Muni Bond Inv | A | Dividend | | | Sold | 02/27/09 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TROTT, Stephen S. | 05/01/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. TCW FDS Inc TGLMX Total Bond Fund | A | Dividend | J | T | Buy | 04/02/09 | J | | |
| 19. TCW FDS Inc TGLMX Total Bond Fund | A | Dividend | J | T | Buy | 06/09/09 | J | | |
| 20. TCW FDS Inc TGLMX Total Bond Fund | A | Dividend | J | T | Buy | 09/01/09 | J | | |
| 21. TCW FDS Inc TGLMX Total Bond Fund | A | Dividend | J | T | Sold (part) | 12/07/09 | J | A | |
| 22. Vanguard Index Trust 500 Portfolio Inv Fd VFINX | D | Dividend | J | T | | | | | |
| 23. Vanguard Index Trust 500 Portfolio Inv Fd VFINX | A | Dividend | J | T | Sold (part) | 07/29/09 | J | A | |
| 24. Vanguard Index Tr Small Cap STK Portfolio Inv NAESX | A | Dividend | J | T | | | | | |
| 25. Vanguard Index Tr Small Cap STK Portfolio Inv NAESX | A | Dividend | J | T | Sold (part) | 07/29/09 | J | A | |
| 26. Vanguard Index Tr Small Cap STK Portfolio Inv NAESX | D | Dividend | J | T | Sold (part) | 09/01/09 | J | A | |
| 27. Vanguard Mid Cap Index Fd CL 1 VIMSX | D | Dividend | J | T | | | | | |
| 28. Vanguard Mid Cap Index Fd CL 1 VIMSX | A | Dividend | J | T | Sold (part) | 09/01/09 | J | A | |
| 29. Vanguard Municipal Bond Fund Inter Term VWITX | A | Dividend | J | T | | | | | |
| 30. Vanguard Minicipal Bond Fund Inter Term VWITX | A | Dividend | J | T | Buy | 02/05/09 | J | | |
| 31. Vanguard Municipal Bond Fund Inter Term VWITX | A | Dividend | | | Sold (part) | 03/24/09 | J | A | |
| 32. Vanguard Municipal Bond Fund Inter Term VWITX | A | Dividend | | | Sold (part) | 04/02/09 | J | A | |
| 33. Vanguard Municipal Bond Fund Inter Term VWITX | A | Dividend | | | Sold | 06/11/09 | J | A | |
| 34. Vanguard Municipal Bond Fund VMLTX | A | Dividend | J | T | | | | | |

1. Income Gain Codes:  A =$1,000 or less   B =$1,001 - $2,500   C =$2,501 - $5,000   D =$5,001 - $15,000   E =$15,001 - $50,000
   (See Columns B1 and D4)  F =$50,001 - $100,000   G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2. Value Codes   J =$15,000 or less   K =$15,001 - $50,000   L =$50,001 - $100,000   M =$100,001 - $250,000
   (See Columns C1 and D3)  N =$250,001 - $500,000   O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000   P4 =More than $50,000,000
3. Value Method Codes   Q =Appraisal   R =Cost (Real Estate Only)   S =Assessment   T =Cash Market
   (See Column C2)   U =Book Value   V =Other   W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| TROTT, Stephen S. | 05/01/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

[ ] **NONE** *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Vanguard Municipal Bond Fund Lmtd Term Tax Exempt VMLTX | A | Dividend | J | T | Buy | 02/05/09 | J | | |
| 36. Vanguard Municipal Bond Fund Lmtd Term Tax Exempt VMLTX | A | Dividend | J | T | Sold (part) | 03/24/09 | J | A | |
| 37. Vanguard Municipal Bond Fund Lmtd Term Tax Exempt VMLTX | A | Dividend | J | T | Sold (part) | 04/02/09 | J | A | |
| 38. Vanguard Municipal Bond Fund Lmtd Term Tax Exempt VMLTX | A | Dividend | J | T | Buy | 06/09/09 | J | | |
| 39. Vanguard Municipal Bond Fund Lmtd Term Tax Exempt VMLTX | A | Dividend | J | T | Buy | 07/07/09 | J | | |
| 40. Vanguard Municipal Bond Fund Lmtd Term Tax Exempt VMLTX | A | Dividend | J | T | Buy | 09/02/09 | J | | |
| 41. Vanguard Municipal Bond Fund Short Term VWSTY | D | Dividend | J | T | Buy | 06/12/09 | J | | |
| 42. Vanguard Municipal Bond Fund Short Term VWSTY | B | Dividend | J | T | Buy | 09/02/09 | J | | |
| 43. Bonds - Boise Idaho Waste Water | A | Interest | J | T | | | | | |
| 44. Janus Fund JANSX | B | Dividend | K | T | | | | | |
| 45. Janus Growth & Income JAGIX | B | Dividend | K | T | | | | | |
| 46. Artio Intl Equity Fund II JETIX | A | Dividend | J | T | | | | | |
| 47. Calamas Growth Fund Class A CVGRX | A | Dividend | J | T | | | | | |
| 48. Calamas Growth Fund Class A CVGRX | A | Dividend | J | T | Sold (part) | 09/01/09 | J | A | |
| 49. Cash & Money Market - Evergreen US Govt Portfolio | A | Interest | K | T | | | | | |
| 50. Dodge Cox Intl STK Fund DODFX | A | Dividend | J | T | | | | | |
| 51. Dodge Cox Intl STK Fund DODFX | A | Dividend | J | T | Sold (part) | 09/01/09 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TROTT, Stephen S. | 05/01/2010 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Growth Fund American Fund - Class F | A | Dividend | J | T | | | | | |
| 53. Janus Advisers Ser Adv Mid Cap Cl I JMVAX | A | Dividend | J | T | | | | | |
| 54. Legg Mason Value Trust TR Inc NAV LMNVX | D | Dividend | J | T | | | | | |
| 55. Legg Mason Value Trust TR Inc NAV LMNVX | A | Dividend | J | T | Sold (part) | 09/01/09 | J | A | |
| 56. Mutual Series FD Inc Discovery Fd CL A TEDIX | A | Dividend | J | T | | | | | |
| 57. PIMCO Commodity Real Return PCRIX | A | Dividend | J | T | Buy | 03/24/09 | J | | |
| 58. PIMCO Commodity Real Return PCRIX | A | Dividend | J | T | Buy | 07/30/09 | J | | |
| 59. PIMCO Funds Pac Int Total Return PTTRX | A | Dividend | J | T | | | | | |
| 60. PIMCO Funds Pac Int Total Return PTTRX | A | Dividend | J | T | Sold (part) | 03/24/09 | J | A | |
| 61. PIMCO Funds Pac Int Total Return PTTRX | A | Dividend | J | T | Buy | 09/02/09 | J | | |
| 62. PIMCO Funds Pac Int Total Return PTTRX | A | Dividend | J | T | Sold (part) | 12/18/09 | J | A | |
| 63. TCW Funds Inc TGMLX Total Return | A | Dividend | J | T | Buy | 04/02/09 | J | | |
| 64. TCW Funds Inc TGMLX Total Return | A | Dividend | J | T | Buy | 09/02/09 | J | | |
| 65. TCW Funds Inc TGLMX Total Return | A | Dividend | J | T | Sold (part) | 12/07/09 | J | A | |
| 66. Vanguard Index Trust 500 Portfolio Inv Fund VFINX | A | Dividend | J | T | | | | | |
| 67. Vanguard Index Trust 500 Portfolio Inv Fund VFINX | A | Dividend | J | T | Sold (part) | 07/29/09 | J | A | |
| 68. Vanguard Index TR Small Cap Stock Portfolio NAESX | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TROTT, Stephen S. | 05/01/2010 |

## VII. INVESTMENTS and TRUSTS _– income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)_

☐ NONE _(No reportable income, assets, or transactions.)_

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Vanguard Index TR Small Cap Stock Portfolio NAESX | A | Dividend | J | T | Sold (part) | 07/29/09 | J | A | |
| 70. Vanguard Mid Cap Index Fd Cl 1 VIMSX | A | Dividend | J | T | | | | | |
| 71. Vanguard Bond Index VBMFX | D | Dividend | J | T | Buy | 06/10/09 | J | | |
| 72. Vanguard Bond Index VBMFX | A | Dividend | J | T | Buy | 09/02/09 | J | | |
| 73. Western Asset Core WATFX | A | Dividend | K | T | | | | | |
| 74. Western Asset Core WATFX | A | Dividend | K | T | Sold (part) | 03/24/09 | J | A | |
| 75. Western Asset Core WATFX | A | Dividend | J | T | Sold (part) | 04/02/09 | J | A | |
| 76. Western Asset Core WATFX | A | Dividend | | | Sold | 06/10/09 | J | A | |
| 77. IRA - US Bank Cash Equivalent | C | Interest | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TROTT, Stephen S. | 05/01/2010 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Section VII: This, except for line #77 (IRA U.S. Bank), belongs to       and is her separate asset held in three different accounts, which may make some of the reporting seem duplicative or redundant, which it is not.

    Note:   This report consists of three separate accounts.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544



**United States Court of Appeals**
**for the Ninth Circuit**
U.S. FEDERAL COURTHOUSE
550 WEST FORT STREET, ROOM 667
BOISE, IDAHO 83724-0040

Chambers of
## STEPHEN S. TROTT
United States Circuit Judge

TEL: (208) 334-1612

June 22, 2010

Judge Bobby R. Baldock, Chair
Judicial Conference of the United States
Committee on Financial Disclosure
One Columbus Circle, N.E.
Washington, D.C. 20544

2010 JUN 24 A 9: 08
DISCLOSURE OFFICE
FINANCIAL

RECEIVED

  Re: Judge Stephen S. Trott
     Calendar Year 2009 Filing

Dear Judge Baldock,

  In response to your letter of June 15, 2010, I submit the following. The asset listed on my 2008 Financial Disclosure Report on Line 44, Part VII, "Investments and Trusts," identified as "Bonds-Canyon County Idaho School," belonging to my spouse, was sold (redeemed) on July 30, 2009, with a "value" under D. "Transactions during reporting period" of "K," and a "gain" of "A." Please confirm your receipt of this information.

Stephen S. Trott
Senior Circuit Judge